Filing # 172353081 E-Filed 05/03/2023 01:35:06 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-23-003485

FLAVIA PINTOS,

    Plaintiff,

vs.

GUADALUPE FRANCISCO MARTINEZ,
and B & B TRUCKING, INC.,
a Foreign Corporation,

    Defendants.

_____/

TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

## SUMMONS
### PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:   GUADALUPE FRANCISCO MARTINEZ
Address:            262 SCHOOL STREET
                     MUSKEGON, MICHIGAN 49442

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff's Attorney" named below.

### IMPORTANTE

    Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/03/2023 01:35:03 PM.****

EXHIBIT A

contestar la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoces un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si deses responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaires ont ete entre-prises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention de numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formulite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiffs' Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff(s) Attorney  
GLEN B. LEVINE, ESQ.  
Florida Bar No. 0144359  
LAW OFFICES OF ANIDJAR & LEVINE, P.A.  
300 S.E. 17th Street  
Fort Lauderdale, Florida 33316  
Phone: (954) 525-0050  

THE STATE OF FLORIDA  
TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the complaint/petition in this lawsuit, Initial Set of Interrogatories, and a Request for Production on the above named defendant(s).

DATED ON _____    MAY 04, 2023

As Clerk of said Court

(Court Seal)    By: _____  
Deputy Clerk    BRENDA D. FORMAN

Filing # 168752169 E-Filed 03/15/2023 10:08:27 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.:

FLAVIA PINTOS,

    Plaintiff,

vs.

GUADALUPE FRANCISCO MARTINEZ,
and B & B TRUCKING, INC.,
a Foreign Corporation,

    Defendants.
_____/

## COMPLAINT

Plaintiff, FLAVIA PINTOS, brings this action against Defendants, GUADALUPE FRANCISCO MARTINEZ and B & B TRUCKING, INC., a Foreign Corporation, and alleges as follows:

### COMMON ALLEGATIONS AS TO ALL COUNTS

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00).

2. At all times material hereto, the Plaintiff, FLAVIA PINTOS, was and is an individual residing in Broward County, Florida, and is *sui juris*.

3. At all times material hereto, the Defendant, GUADALUPE FRANCISCO MARTINEZ, was and is an individual residing in Muskegon, Michigan, and is *sui juris*.

4. At all times material hereto, Defendant, B & B TRUCKING, INC., was a Foreign Corporation doing business in Broward County, Florida.

1

5. Venue is proper in Broward County as the accident took place in Broward County.

6. At all times material hereto, the Plaintiff, [illegible], was the [illegible] ... [illegible]

7. At all times material hereto, the Defendant, GUADALUPE FRANCISCO MARTINEZ, operated a 2015 Inter C10 edition, motor trailer truck, with Vehicle Identification Number 3HSDJAP4FN552665.

8. At all times material hereto, the Defendant, B & B TRUCKING, INC., was the owner of the vehicle described in Paragraph 7.

## COUNT I:
## NEGLIGENCE CLAIM AGAINST GUADALUPE FRANCISCO MARTINEZ

The Plaintiff readopts and realleges each and every allegation contained in Paragraphs 1 through 8 as if they were fully set forth herein, and further alleges:

9. On or about February 20, 2023, the Defendant, GUADALUPE FRANCISCO MARTINEZ, during the course and scope of his employment, and with the full knowledge and consent of Defendant, B & B TRUCKING, INC., operated the above-referenced motor vehicle southbound I-95 at or near its intersection with W. Sunrise Boulevard, in the City of Fort Lauderdale, Broward County, Florida.

10. At all times material hereto, the Defendant, GUADALUPE FRANCISCO MARTINEZ, owed a duty to operate the above-referenced tractor trailer in a reasonably safe manner.

2.

11. At that time and place, the Defendant, GUADALUPE FRANCISCO MARTINEZ, negligently operated and/or maintained the above-referenced vehicle so that it collided with the vehicle driven by the Plaintiff, FLAVIA PINTOS.

12. As a result, the Plaintiff, FLAVIA PINTOS, suffered severe and permanent bodily injury resulting in pain and suffering, disability, disfigurement, aggravation of a pre-existing condition, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and other economic damages. These losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, FLAVIA PINTOS, demands judgment against the Defendant, GUADALUPE FRANCISCO MARTINEZ, for damages, costs and any other relief this Court may deem appropriate. *Plaintiff further demands a trial by jury as to all issues so triable as a matter of right.*

## COUNT II:
## NEGLIGENCE – VICARIOUS LIABILITY
## CLAIM AGAINST B & B TRUCKING, INC.

The Plaintiff readopts and realleges each and every allegation contained in Paragraphs 1 through 8 as if they were fully set forth herein, and further alleges:

13. Defendant, B & B TRUCKING, INC., as the owner of the vehicle identified in Paragraph 7, is and was responsible for the negligent operation of the same.

14. At the above-listed time and place, the Defendant, GUADALUPE FRANCISCO MARTINEZ, negligently operated and/or maintained the above-referenced tractor trailer so that it collided with the vehicle driven by the Plaintiff, FLAVIA PINTOS.

15. Defendant GUADALUPE FRANCISCO MARTINEZ's operation of the above-referenced vehicle at the time of the subject incident was with the authority and/or permission of Defendant B & B TRUCKING, INC.

16. As the owner of the vehicle identified in Paragraph 7 and employer of the Defendant driver, B & B TRUCKING, INC. is responsible for the following:

   (a) The acts, omissions, and negligence of GUADALUPE FRANCISCO MARTINEZ, who was driving the vehicle with B & B TRUCKING, INC.'s permission and consent.

   (b) The accident of February 20, 2023, described in Count I.

   (c) The operation of the vehicle pursuant to the Dangerous Instrumentality Doctrine; and

   (d) The injuries, damages and losses set forth in the following paragraphs.

17. As a result, the Plaintiff, FLAVIA PINTOS, suffered severe and permanent bodily injury resulting in pain and suffering, disability, disfigurement, aggravation of a pre-existing condition, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and other economic damages. These losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, FLAVIA PINTOS, demands judgment against the Defendant, B & B TRUCKING, INC., for damages, costs and any other relief this Court may deem appropriate. *Plaintiff further demands a trial by jury as to all issues so triable as a matter of right.*

In compliance with Rule 2.516 of the Florida Rules of Judicial Administration, all pleadings in this cause shall be served on the undersigned by e-mail at pleadings@anl-law.com.

DATED this 15th day of March, 2023.

LAW OFFICES OF ANIDJAR & LEVINE, P.A.
*Counsel for Plaintiff*
300 SE 17th Street
Fort Lauderdale, FL 33316
Tel: (954) 525-0050
Fax: (954) 525-0020
E-service at: pleadings@anl-law.com

By: _____
GLEN B. LEVINE, ESQ.
FBN 0144355
ELIE ANIDJAR, ESQ.
FBN 932191

**Flavia Pintos Plaintiff vs. Guadalupe Francisco Martinez, et al Defendant**

**Broward County Case Number:** CACE23003485
**State Reporting Number:** 062023CA003485AXXXCE
**Court Type:** Civil
**Case Type:** Auto Negligence
**Incident Date:** N/A
**Filing Date:** 03/15/2023
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 08 Haimes, David A.

## Party(ies)    Total: 3

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Pintos, Flavia** | | ★ Levine, Glen Barry<br>Retained<br>Bar ID: 144355<br>Anidjar & Levine, P.A.<br>300 SE 17 Street<br>Fort Lauderdale, FL 33316<br>**Status: Active** |
| Defendant | **Martinez, Guadalupe Francisco** | | |
| Defendant | **B and B Trucking Inc** | | |

## Disposition(s)    Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

## Collection(s)    Total: 0

There is no Collection information available for this case.

EXHIBIT B

P1

- Event(s) & Document(s)

Total: 8

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 06/07/2023 | **Motion for Extension of Time** | | 📄 | 2 |
| 05/23/2023 | **Motion for Extension of Time** | | 📄 | 2 |
| 05/03/2023 | **eSummons Issuance** | GUADALUPE FRANCISCO MARTINEZ | 📄 | 2 |
| 05/03/2023 | **eSummons Issuance** | B & B TRUCKING, INC., a Foreign Corporation | 📄 | 1 |
| 03/15/2023 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 03/15/2023 | **Civil Cover Sheet** | Amount: $50,001.00 | 📄 | 3 |
| 03/15/2023 | **Complaint (eFiled)** | COMPLAINT<br>Party: *Plaintiff* Pintos, Flavia | 📄 | 5 |
| 03/15/2023 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | | 📄 | 0 |

- Hearing(s)

Total: 0

There is no Disposition information available for this case.

- Related Case(s)

Total: 0

There is no related case information available for this case.